# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1851 Disciplinary Docket No. 3 |
| | : | |
| ROBERT WILLIAM STEIN | : | No. 90 DB 2012 |
| | : | |
| | : | Attorney Registration No. 73874 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2019, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).